

FILED

DEC 18 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ppmone

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07cr3386-BTM |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony); Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony) |
| ARTURO ESCOBAR-GURROLA, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

Count 1

On or about November 19, 2007, within the Southern District of California, defendant ARTURO ESCOBAR-GURROLA, did knowingly and intentionally import approximately 1.20 kilograms (2.65 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

//

//

WDK:psd:San Diego
12/5/07

<u>Count 2</u>

On or about November 19, 2007, within the Southern District of California, defendant ARTURO ESCOBAR-GURROLA, did knowingly and intentionally import 50 grams or more, to wit: approximately 10.00 kilograms (22.05 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 12/18/07

KAREN P. HEWITT
United States Attorney

f/ *J. P*
f/ DOUGLAS KEEHN
Assistant U.S. Attorney