AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **WAIVER OF INDICTMENT** |
| ARTURO ESCOBAR-GURROLA | 07cr3386 BTM<br>CASE NUMBER: 07mg-2707 |

I, ARTURO ESCOBAR-GURROLA, the above-named defendant, who is accused of committing the following offenses:

Count 1: Importation of Cocaine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony).

Count 2: Importation of Methamphetamine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on __12/18/07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Defense Counsel

Before _____
Judicial Officer

FILED
DEC 18 2007