```
Gregory D. Obenauer
State Bar No. 103036
1901 First Ave. Ste. 213
San Diego, CA. 92101
(619) 230-1523

Attorney for Arturo ESCOBAR-Gurrola
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE JUDGE BARRY TED MOSKOWITZ

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 07CR3386 BTM |
| ) | EX PARTE APPLICATION FOR |
| Plaintiff ) | INTERIM PAYMENT OF |
| v. ) | ATTORNEY FEES |
| ) | |
| Arturo ESCOBAR-Gurrola ) | |
| ) | |

TO: HONORABLE JUDGE BARRY TED MOSKOWITZ:

Attorney Gregory D. Obenauer makes an EX PARTE APPLICATION for an order authorizing interim payment of attorney fees. This request is based upon the declaration filed in this application, pleadings and the discovery provided in this case.

Respectfully Submitted,                    Dated: May 7, 2008

```
   s/Gregory Obenauer.
   Gregory D. Obenauer
   Attorney for ESCOBAR-Gurrola
```

```
Gregory D. Obenauer
State Bar No. 103036
1901 First Ave. Ste. 213
San Diego, CA. 92101
(619) 230-1523

Attorney for Arturo ESCOBAR-Gurrola
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE JUDGE BARRY TED MOSKOWITZ

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 07CR3386 BTM |
| ) | DECLARATION OF ATTORNEY |
| Plaintiff ) | GREGORY D. OBENAUER IN |
| ) | SUPPORT OF APPLICATION |
| v. ) | FOR INTERIM PAYMENT OF |
| ) | ATTORNEY FEES |
| Arturo ESCOBAR-Gurrola ) | |
| ) | |

    I, Gregory D. Obenauer, was appointed on November 20, 2007 from the CJA panel to represent Arturo ESCOBAR-Gurrola, the defendant in this case who could not afford counsel. I have never requested payment before. When considered necessary and appropriate in a specific case, appointed counsel may receive interim compensation when a case extends over a long period of time or when expenses are extraordinary and substantial.

2. Mr. ESCOBAR-Gurrola pled guilty to Importing Cocaine (1.2 kgs) and Importing Meth amphetamine (10 kgs.) Mr. ESCOBAR-Gurrola faces a 10 year minimum sentence. and U.S.P.O. Black has calculated three criminal history points based upon Mr. ESCOBAR being on probation for a vehicle offense, to wit, no license in possession. Faced with a possible lengthy sentence, extra measures were taken in ESCOBAR's defense and the case has taken six months.

3. Since I am a sole practitioner, interim payment is necessary in order to continue to render legal services.

Gregory D. Obenauer

4. I submitted this proposed order, attached as Exhibit A, to the financial office on or about Thursday, May 8, 2008, the same date as this application.

**I HEREBY DECLARE UNDER PENALTY OF PERJURY
UNDER THE LAWS OF THE STATE OF CALIFORNIA
THAT THE FOREGOING IS TRUE AND CORRECT**

Dated: May 7, 2008                                        s/Gregory Obenauer.
                                                        ―――――――――――――――
                                                        Gregory D. Obenauer
                                                        Attorney for ESCOBAR-Gurrola

Gregory D. Obenauer