1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF CALIFORNIA
7
8

9  | UNITED STATES OF AMERICA,  )   Case No. 07CR3386- BTM
                                )
10 |         Plaintiff ,         )   ORDER FOR INTERIM PAYMENT
11 |                             )   OF ATTORNEY FEES
   | v.                          )
12 |                             )
13 | ARTURO ESCOBAR-Gurrola,     )
                                 )
14 |         Defendant.          )
15 | _____)

16        GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that

17
   interim payments to Gregory D. Obenauer, Esq.,  for legal services be permitted. It is
18

19 further ordered that a copy of this order be forwarded to Mr. Obenauer.

20       SO ORDERED.

21
   Dated: May 15, 2008
22
                                              _____
23                                            HONORABLE BARRY TED MOSKOWITZ
                                              United States District Court
24
25
26
27
28