```
                                              FILED

                                           08 MAY 16 AM 10:37

                                           CLERK, U.S. DISTRICT
                                           SOUTHERN DISTRICT OF CALIF.

                                           BY: EQ          DEPUTY
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
HONORABLE JUDGE BARRY TED MOSKOWITZ

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 07CR3386 BTM |
| Plaintiff ) | ORDER FOR INTERIM PAYMENT |
| v. ) | |
| ESCOBAR-Gurrola ) | |
| Arturo ) | |
| Defendant ) | |

    GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that interim payments to attorney Obenauer for legal services be permitted. It is further ordered that a copy of this order be forwarded to attorney Obenauer.

    SO ORDERED:

Dated: May 13, 2008

Judge BARRY TED MOSKOWITZ
U.S. District Court