UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE   JUDGE BARRY TED MOSKOWITZ

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.07CR3386 BTM |
| ) | |
| Plaintiff ) | |
| ) | JOINT STIPULATION |
| v.                          ) | IN SUPPORT OF CONTINUANCE |
| ) | OF SENTENCE HEARING |
| ) | |
| ) | |
| ESCOBAR-Gurrola, Arturo     ) | |
| ) | |
| Defendant ) | |

        Counsel for defendant ESCOBAR-Gurrola and counsel for the U.S., Assistant U.S. Attorney Sabrina Feve jointly stipulate for a continuance of the sentence date from June 18, 2008 to July 22, 2008 at 9:00 a.m. in order that important investigation of the case take place, investigation that could affect the Sentence Hearing.

Dated: June 12, 2008     Respectfully Submitted,

                         s/ gregory obenauer
                         Gregory D. Obenauer
                         Attorney for ESCOBAR-Gurrola

                         s/Sabrina Feve by go
                         Sabrina Feve
                         Assistant U.S. Attorney