```
                          FILED
                         JUN 17 2008
                    CLERK, U.S. DISTRICT COURT
                  SOUTHERN DISTRICT OF CALIFORNIA
                  BY          ICNH      DEPUTY
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
HONORABLE JUDGE BARRY TED MOSKOWITZ

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 07CR3386 BTM |
| ) | |
| Plaintiff ) | |
| ) | ORDER TO CONTINUE |
| v. ) | SENTENCE HEARING |
| ) | |
| ESCOBAR-Gurrola, Arturo ) | |
| ) | |
| Defendant ) | |

Good cause appearing, IT IS ORDERED that the sentencing hearing now set for June 18, 2008, be continued to July 22, 2008, at 9:00 a.m.

IT IS SO ORDERED.

Dated: June 17, 2008

HONORABLE BARRY TED MOSKOWITZ
U.S. DISRICT COURT