1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE  JUDGE BARRY TED MOSKOWITZ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.07CR3386 BTM |
| | ) | |
| Plaintiff | ) | |
| | ) | JOINT STIPULATION |
| v. | ) | IN SUPPORT OF CONTINUANCE |
| | ) | OF SENTENCE HEARING |
| | ) | |
| | ) | |
| ESCOBAR-Gurrola, Arturo | ) | |
| | ) | |
| Defendant | ) | |

Counsel for defendant ESCOBAR-Gurrola and counsel for the U.S.,
Assistant U.S. Attorney Michelle Pettit jointly stipulate for a continuance of the sentence date from
July 22, 2008 to September 3, 2008 at 9:00 a.m. in order that important investigation of the case take
place, investigation that could affect the Sentence Hearing.


Dated: July 17, 2008      Respectfully Submitted,

s/ gregory obenauer

Gregory D. Obenauer
Attorney for ESCOBAR-Gurrola


s/Michelle Pettit by go

Michelle Pettit
Assistant U.S. Attorney

Gregory D.
Obenauer

1

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
HONORABLE  JUDGE BARRY TED MOSKOWITZ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 07CR3386 BTM |
| | ) | |
| Plaintiff | ) | PROOF OF SERVICE |
| v. | ) | |
| | ) | |
| | ) | |
| ESCOBAR-Gurrola, Arturo | ) | |
| Defendant | ) | |

I, the undersigned, state:

1. I am over eighteen years of age, a resident of the County of San Diego,
   State of California, and not a party to this action.
2. My business address is 1901 1st. Ave. 213, San Diego, California, 92101.
3. I served this JOINT STIPULATION FOR A CONTINUANCE  on opposing counsel     by
   delivering via e-mail:

MichellePettit@usdoj.gov

I certify under penalty of perjury that the foregoing is true and correct.

Executed  July 17,  2008, at San Diego, California.

s/ gregory d. obenauer

gregory d. obenauer
attorney for  ESCOBAR-Gurrola

Gregory D.
Obenauer