1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
HONORABLE JUDGE BARRY TED MOSKOWITZ

```
UNITED STATES OF AMERICA    ) Case No.07CR3386 BTM
                            )
              Plaintiff     )
                            )  ORDER TO CONTINUE
v.                          )  SENTENCE HEARING
                            )
                            )
                            )
ESCOBAR-Gurrola, Arturo     )
                            )
              Defendant     )
_____
```

   GOOD CAUSE APPEARING, IT IS ORDERED that the Sentence Hearing in this case be continued to September 3, 2008 at 9:00 a.m.

Dated: July 22, 2008

_____
BARRY TED MOSKOWITZ
U.S. DISRICT COURT