```
GREGORY D. OBENAUER
State Bar No. 103036
1901 First Ave. Ste. 213
San Diego, CA. 92101
(619) 230-1523


Attorney for ESCOBAR-Gurrola
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE  JUDGE BARRY TED MOSKOWITZ

| UNITED STATES OF AMERICA | ) Case No 07CR3386 BTM |
|---|---|
| Plaintiff | ) EX PARTE APPLICATION |
| v. | ) FOR TO CONTINUE SENTENCE HEARING |
| ESCOBAR-Gurrola, Arturo | ) |
| Defendant | ) |

    Defendant ESCOBAR-Gurrola, by and through his counsel Gregory D. Obenauer makes an EX PARTE APPLICATION for an order to continue the Sentence Hearing from September 3, 9:00 a.m. to September 17, 2008 9:00 a.m. This request is based upon the documents filed in this application, pleadings and the joint stipulation.

```
Dated: August 22, 2008            s/gregory d. obenauer
                                  _____
                                  Gregory D. Obenauer
                                  Attorney for ESCOBAR-Gurrola
```

Gregory D. Obenauer

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE JUDGE BARRY TED MOSKOWITZ

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No.07CR3386 BTM |
| Plaintiff | ) |
| | ) JOINT STIPULATION |
| v. | ) IN SUPPORT OF CONTINUANCE |
| | ) OF SENTENCE HEARING |
| ESCOBAR-Gurrola, Arturo | ) |
| Defendant | ) |

As A.U.S.A. Michelle Pettit has been ordered by the military to duty on September 3, 2008, the existing Sentence date, Counsel for defendant ESCOBAR-Gurrola and counsel for the U.S., Assistant U.S. Attorney Michelle Pettit jointly stipulate for a continuance of the sentence date to September 17, 2008 at 9:00 a.m.

Dated: August 22, 2008                                              Respectfully Submitted,

                                                                    s/ gregory obenauer
                                                                    _____
                                                                    Gregory D. Obenauer
                                                                    Attorney for ESCOBAR-Gurrola


                                                                    s/Michelle Pettit by go
                                                                    _____
                                                                    Michelle Pettit
                                                                    Assistant U.S. Attorney

Gregory D. Obenauer