1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
HONORABLE JUDGE BARRY TED MOSKOWITZ

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No.07CR3386 BTM |
| | ) |
| Plaintiff | ) |
| | ) ORDER TO CONTINUE |
| v. | ) SENTENCE HEARING |
| | ) |
| | ) |
| | ) |
| ARTURO ESCOBAR-GURROLA, | ) |
| | ) |
| Defendant | ) |

Good cause appearing, IT IS ORDERED that the Sentence Hearing in this case set for August 29, 2008, be continued to September 17, 2008 at 9:00 a.m.

IT IS SO ORDERED

Dated: August 28, 2008

JUDGE BARRY TED MOSKOWITZ
U.S. DISRICT COURT